IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BRENON NASH; ROBERT GIBSON; CHAUNCY HATA; and LANA HEICK; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID Y. IGE; JOSH GREEN; NOLAN ESPINDA; and DOES 1-50,<br><br>Defendants. | CIVIL NO. 20-00398 HG-WRP |

**ORDER OF RECUSAL**

To avoid the appearance of impropriety or any reasonable question regarding my impartiality, I hereby recuse myself from any and all proceedings in this case. The basis of this recusal is my relationship to a party or parties to the litigation. This case is referred to Chief Judge J. Michael Seabright for reassignment.

IT IS SO ORDERED.

DATED: September 23, 2020, Honolulu, Hawaii.

Helen Gillmor
United States District Judge