# Eric A. Seitz, Attorney At Law
### A LAW CORPORATION

Eric A. Seitz
Della A. Belatti
Gina Szeto-Wong
Jonathan M.F. Loo
Kevin A. Yolken

September 22, 2020

Honorable Helen Gillmor
Senior United States District Judge
District of Hawaii
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

Re:   Nash, et al vs. Ige, et al
      Civil No. 20-398

Dear Judge Gillmor:

      We were informed yesterday that the new complaint filed in the above referenced matter has been assigned to you.  I respectfully request that you recuse yourself in this matter before we are compelled to file a motion formally seeking any relief.

      You and I have known each other for many years, and until recently our relationship was mutually cordial and respectful.  Unfortunately, through the course of two recent jury trials and on other occasions, I believe that you have expressed impatience and unwarranted criticisms of my work in your Court that presently are the subject of an on-going appeal in the 9th Circuit.  Because I am concerned that your opinions of me could adversely affect my clients in the instant matter and raise at least an appearance of prejudice toward them, I am requesting that you decline to appear in this matter and allow the case to be reassigned to another District Judge.

Sincerely yours,

Eric A. Seitz