

## UNITED STATES DISTRICT COURT

CHAMBERS OF
HELEN GILLMOR
SR. UNITED STATES DISTRICT JUDGE

DISTRICT OF HAWAII
300 ALA MOANA BOULEVARD, C-400
HONOLULU, HAWAII 96850-0400

TELEPHONE
(808) 541-3502
FACSIMILE
(808) 541-3579

September 23, 2020

In RE: Nash v. Ige, et al., 20-cv-00398 HG-WRP

Dear Mr. Seitz,

    With regard to your letter of September 22, 2020, requesting my recusal, I have filed a recusal that states my reason for recusal.

    It is true that in the past we have had respectful differences of opinion regarding legal issues in matters before the Court. These differences do not arise out of or reflect any bias or prejudice directed toward you.

    A sitting judge must daily choose between competing legal theories on matters of procedure, evidence, or substantive law. That is the nature of the judicial process. Please be assured that any past or future rulings have been and will continue to be grounded in my analysis of the legal questions before me and not on any bias or prejudice toward you.

    Going forward I expect your continued representation in any cases which are assigned to me.

Very Truly Yours,

Helen Gillmor
United States District Judge